UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 16–31341
Chapter 13
Kimberly Jo Dove

    Debtor

## NOTICE

Notice of Submission Error requiring refiling – Form is incomplete – correct and refile. Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed (RE: related document(s)3 Application to Pay Filing Fees in Installments). Incomplete Filings due by 6/2/2016. (CS)

Dated: May 26, 2016

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court