**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Kimberly Jo Dove** | ) | **CHAPTER 13** |
| | ) | **CASE NO. 16-31341** |
| **Debtor.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW Charles N. Parnell, III, and files herewith this entry of appearance on behalf of CCB Community Bank, a creditor in this case. The undersigned requests that the Clerk of Court enter his name and address to the mailing matrix and provide copies of all further notices, pleadings as well as other matters of record to the undersigned.

Respectfully submitted,

PARNELL & CRUM, P.A.


  /s/ Charles N. Parnell, III
By:     CHARLES N. PARNELL, III
Attorney for  CCB Community Bank

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama  36102-2189
(334) 832-4200

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing notice to the following parties, this the 29th  day of June, 2016.

Hon. Curtis C. Reding                    Hon. Richard D. Shinbaum
Trustee                                          Attorney for Debtor
Post Office Box 173                        Post Office Box 201
Montgomery, Alabama 36101         Montgomery, Alabama 36101

Hon. Teresa Jacobs
Bankruptcy Court Adm.
One Church Street
Montgomery, Alabama 36104


  /s/ Charles N. Parnell, III
CHARLES N. PARNELL, III