IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KIMBERLY JO DOVE, | ) | CHAPTER 13 |
| | ) | CASE NO. 16-31341 |
| DEBTOR. | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW CCB Community Bank, by and through its attorney of record, Parnell & Crum, and files this objection to confirmation in the above referenced matter. In support thereof, CCB Community Bank would show this court as follows:

1. CCB Community Bank ("Bank") currently has four (4) outstanding secured loans with the Debtor. Two of the loans are secured by a first mortgage lien in the Debtor's homestead property and a second mortgage lien in the Debtor's homestead property.

2. The first mortgage loan, loan number xxxx4268, is secured by a first mortgage. The payoff balance of the loan as of the filing date, exclusive of attorney's fees incurred by the Bank, was $109,755.32. The contractual monthly payment is $796.25. The Debtor obviously listed this debt in the plan and disclosed a balance of approximately $110,000.00, which was correct, and a monthly payment of $800.00, which was correct. The Debtor is proposing to pay that debt directly. At this time that loan is current and next due a contractual monthly payment on July 28, 2016.

3. The second mortgage loan, loan number xxxx2806, had a principal balance on the filing date of $24,992.53 and has a contractual monthly payment of $373.73. Again, Debtor correctly listed the approximate balance and monthly payment correctly in her plan. Debtor is proposing to pay both the first and second mortgage loans on a direct basis. As of the filing of this objection, the second mortgage loan is past due for the June 14, 2016 payment.

4. Currently Bank does not have proof of insurance on the real property and would request the court order the Debtor to produce proof of insurance on the property prior to confirmation.

5. The third and fourth loans outstanding to the Debtor by the Bank are loan numbers xxxxxx5800, on which Bank has filed a claim totaling $12,988.61, and loan number xxxxxx7201,

on which the Bank has filed a claim totaling $1,899.67. Both loans are secured by a pledge of and perfected security interest in two vehicles, specifically a 2006 Honda Accord and a 1991 Ford Mustang GT. In her plan Debtor has treated the two debts separately and has valued the cars with a collective value of only $7,000.00. Bank would allege that the current fair market value of the vehicles would be $12,000.00, or $8,500.00 for the Honda and $3,500.00 for the Mustang. Accordingly, Bank objects to the Debtor's plan based on Bank's allegation that the Debtor has improperly undervalued the collateral securing the two debts.

6. Furthermore, Bank does not have proof of insurance on either vehicle and would request the court order the Debtor to produce proof of insurance on both vehicles protecting the Bank to the extent of its interest and liens before confirming Debtor's plan.

7. Assuming the court agrees with the Bank's valuation then the Bank would request that its claim of $12,988.61 be treated secured in the amount of $11,088.94 and the smaller claim in the amount of $1,899.67 be treated fully secured.

8. Bank would object to the Debtor's plan and would ask the court to deny confirmation until and unless the Debtor brings the second mortgage loan current as of the date of confirmation in accordance with the provisions of her proposed plan.

WHEREFORE, THE PREMISES CONSIDERED, CCB Community Bank objects to the confirmation of the Debtor's plan for the foregoing reasons.

Respectfully submitted,

PARNELL & CRUM, P.A.


  /s/ Charles N. Parnell, III
By:    CHARLES N. PARNELL, III
Attorney for CCB Community Bank

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Objection to Confirmation to the following parties, this the   21st   day of July, 2016.

Hon. Curtis C. Reding
Trustee
Post Office Box 173
Montgomery, Alabama 36101

Hon. Richard Shinbaum
Attorney for Debtor
Post Office Box 201
Montgomery, Alabama 36101-0201

Hon. Teresa Jacobs
Bankruptcy Court Adm.
One Church Street
Montgomery, Alabama 36104

Kimberly Jo Dove
Debtor
112 McRainey Loop
Andalusia, Alabama 36420

      /s/ Charles N. Parnell, III
CHARLES N. PARNELL, III