# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KIMBERLY JO DOVE, | ) | CHAPTER 13 |
| | ) | CASE NO. 16-31341 |
| | ) | |
| DEBTORS. | ) | |

## MOTION OF CREDITOR
## TO DISMISS CHAPTER 13 CASE

TO THE HONORABLE DWIGHT H. WILLIAMS, UNITED STATES BANKRUPTCY JUDGE,

COMES NOW CCB Community Bank, a creditor in the above-styled case, and moves this Court to dismiss this cause of action pursuant to 11 U.S.C. §1307 (c)(6). As grounds for said motion, your Movant would show the Court as follows:

1. Debtor herein filed a Chapter 13 case on to-wit; May 25, 2016. Under the terms of the confirmed plan, the Debtor is obligated to make periodic payments to the Trustee to fund the plan and pay the Creditors in accordance with the terms of the plan submitted in this case. A recent check of the records in the office of the standing trustee shows that the Debtor is not paying the amount required by the order of confirmation to fund this plan. Debtor has not made a payment to the Trustee since September 13, 2017. Additionally, Debtor currently has a 75.87% pay record.

2. There has been a material default by the Debtor with respect to the terms of her confirmed plan by her failure to make payments in accordance with this proposal.

WHEREFORE, THE PREMISES CONSIDERED, Your Movant respectfully requests the Court dismiss this Chapter 13 case pursuant to 11 U.S.C. §1307 (c)(6).

Respectfully submitted,

PARNELL & PARNELL, P.A.


  /s/ Charles N. Parnell, III
CHARLES N. PARNELL, III
Attorney for Creditor

OF COUNSEL:
PARNELL & PARNELL, P.A.
P.O. Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Motion to Dismiss to the following parties, this the 9th day of November, 2017.

| | |
|---|---|
| Hon. Sabrina McKinney<br>Trustee<br>Post Office Box 173<br>Montgomery, Alabama 36101 | Hon. Richard Shinbaum<br>Attorney for Debtor<br>Post Office Box 201<br>Montgomery, Alabama 36101 |
| Hon. Teresa Jacobs<br>Bankruptcy Court Adm.<br>One Church Street<br>Montgomery, Alabama 36104 | Kimberly Jo Dove<br>Debtor<br>101 Youngblood Road<br>Troy, Alabama 36079 |

              /s/ Charles N. Parnell, III
            CHARLES N. PARNELL, III