UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 16−31341
Chapter 13
Kimberly Jo Dove,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 27, 2017 at 09:00 AM

to consider and act upon the following:

*42* − Motion to Dismiss Case for Failure to Make Plan Payments filed by Charles N. Parnell III on behalf of CCB Community Bank. (Parnell, Charles)

Dated November 13, 2017

Juan−Carlos Guerrero
Clerk of Court

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 16-31341-DHW
Kimberly Jo Dove                                                    Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: jmclain           Page 1 of 1           Date Rcvd: Nov 13, 2017
                              Form ID: ntchrgBK       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db           +Kimberly Jo Dove,   101 Youngblood Road,   Troy, AL 36079-2974
cr            CCB Community Bank,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3575203      +E-mail/Text: EBULGER@BANKCCB.COM Nov 13 2017 21:33:37     CCB COMMUNITY BANK,   P.O. BOX 400,
               ANDALUSIA, AL 36420-1207
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles N. Parnell, III    on behalf of Defendant   CCB COMMUNITY BANK bkrp@parnellsoutheast.com
              Charles N. Parnell, III    on behalf of Creditor    CCB Community Bank bkrp@parnellsoutheast.com
              Richard D. Shinbaum   on behalf of Plaintiff Kimberly Jo Dove rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Kimberly Jo Dove rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                              TOTAL: 6